UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 3 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    vs.

CESAR ONASSIS PAULINO CRUZ,

             Defendant.

20 CR 149 (LAK)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

      The Court having today sentenced this defendant to timer served,

      IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant **Cesar Onassis Paulino Cruz**, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: March 3, 2020

                              _____
                                Lewis A. Kaplan
                        United States District Judge